# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01412-RMR-MDB

MEGGS et al,

    Plaintiffs,

vs.

ASSOCIATION OF OWNERS, SATELLITE APARTMENT BUILDING INC.,

    Defendant.

_____/
_____

## NOTICE OF SETTLEMENT
_____

    COMES NOW the Plaintiffs, with consent of Defendant, to inform the Court that the parties have settled, in principle, the above-captioned matter. Counsel for the parties expect to file a stipulated dismissal with prejudice within the next sixty days. The parties request that the Court enter a 60-day order which will administratively terminate the action and moot all pending deadlines.

    Respectfully submitted this 8th day of August 2022.

                                                                  *s/ Jon G. Shadinger Jr.*
                                                                  Jon G. Shadinger Jr., Esq.
                                                                  Shadinger Law, LLC
                                                                  717 E. Elmer Street, Suite 7
                                                                  Vineland, NJ 08360
                                                                  Phone (609) 319-5399
                                                                  Fax (314) 898-0458
                                                                  js@shadingerlaw.com
                                                                *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 8th day of August 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
