### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01412-RMR-MDB

JOHN MEGGS, et al.

     Plaintiffs,

vs.

ASSOCIATION OF OWNERS, SATELLITE APARTMENT BUILDING INC.

     Defendant.

_____/

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

     It is hereby stipulated and agreed by and between the Plaintiffs, and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.

Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
js@shadingerlaw.com
Phone (609) 319-5399
Fax (314) 898-0423
*Attorney for Plaintiffs*

/s/ Damien M. Bielli

Damien M. Bielli, Esq.
Vial Fotheringham LLP
12600 W. Colfax Ave, Suite C200
Lakewood, CO 80215
Phone (720) 943-8811
damien.bielli@vf-law.com
*Attorney for Defendant*

Dated: 09/09/2022 _____

7